```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09833
   KEITH A TRELFORD
   DAWN S TRELFORD                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8588     SSN XXX-XX-8802

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/01/2007 and was confirmed 08/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
BENEFICIAL ILLINOIS INC   CURRENT MORTG         .00              .00          .00
BENEFICIAL ILLINOIS INC   MORTGAGE ARRE         .00              .00          .00
BENEFICIAL ILLINOIS       NOTICE ONLY     NOT FILED              .00          .00
COOK COUNTY TREASURER     SECURED            3732.88           40.66      1011.50
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED              .00          .00
ILLINOIS ATTORNEY GENERA  NOTICE ONLY     NOT FILED              .00          .00
INTERNAL REVENUE SERVICE  SECURED           43798.51             .00          .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED              .00          .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED              .00          .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED              .00          .00
1000 CASH ADVANCE COM     UNSECURED       NOT FILED              .00          .00
ALEC JOHNSON              UNSECURED       NOT FILED              .00          .00
ALEXIAN BROTHERS MEDICAL  UNSECURED          1039.46             .00          .00
ALEXIAN BROTHERS MEDICAL  UNSECURED       NOT FILED              .00          .00
ALLIED INTERSTATE INC     UNSECURED       NOT FILED              .00          .00
ANIMAL HOSP STREAMWOOD    UNSECURED       NOT FILED              .00          .00
ARMOR SYSTEMS CORP        UNSECURED       NOT FILED              .00          .00
ARNOLD SCOTT HARRIS       UNSECURED       NOT FILED              .00          .00
ASSET ACCEPTANCE LLC      UNSECURED          111.27              .00          .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED              .00          .00
BLATT HASENMILLER LEIBSK  UNSECURED       NOT FILED              .00          .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED              .00          .00
CREDIT BUREAU ACCOUNTS    UNSECURED       NOT FILED              .00          .00
CAPITAL ONE               UNSECURED       NOT FILED              .00          .00
CAPITAL ONE               UNSECURED       NOT FILED              .00          .00
CAPTAL ONE                UNSECURED       NOT FILED              .00          .00
CERTEGY                   UNSECURED       NOT FILED              .00          .00
CERTEGY                   UNSECURED       NOT FILED              .00          .00
ROUNDUP FUNDING LLC       UNSECURED              .00             .00          .00
COMCAST                   UNSECURED       NOT FILED              .00          .00
COMCAST                   UNSECURED       NOT FILED              .00          .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED              .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09833 KEITH A TRELFORD & DAWN S TRELFORD
```

```
DAVID TORRES LANDSCAPING UNSECURED      NOT FILED              .00           .00
DIRECT TV                UNSECURED      NOT FILED              .00           .00
DISH NETWORK             UNSECURED      NOT FILED              .00           .00
DUNDEE ANIMAL HOSPITAL   UNSECURED      NOT FILED              .00           .00
ECAST SETTLEMENT CORP    UNSECURED        2153.81              .00           .00
GLOBAL PAYMENTS          UNSECURED      NOT FILED              .00           .00
GOLF ROSE ANIMAL HOSPITA UNSECURED      NOT FILED              .00           .00
HANSON K INC             UNSECURED      NOT FILED              .00           .00
HARRIS & HARRIS          UNSECURED      NOT FILED              .00           .00
HARVARD COLLECTION SERVI UNSECURED      NOT FILED              .00           .00
HENRY BOYSEN COMPANY INC UNSECURED      NOT FILED              .00           .00
HOUSEHOLD CREDIT         UNSECURED      NOT FILED              .00           .00
ILLINOIS COLLECTION SERV UNSECURED      NOT FILED              .00           .00
IL DEPT OF EMPLOYMENT SE UNSECURED         606.00              .00           .00
ILLINOIS ATTORNEY GENERA NOTICE ONLY    NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED        1976.54              .00           .00
TRIAD FINANCIAL CORP     UNSECURED       11644.59              .00           .00
JOSE URBINA              UNSECURED      NOT FILED              .00           .00
MASTERS GREEN LAWN       UNSECURED      NOT FILED              .00           .00
MEDCO FINANCIAL ASSOC    UNSECURED      NOT FILED              .00           .00
MICROSOFT                UNSECURED      NOT FILED              .00           .00
TCF/MILLENIUM CREDIT CON UNSECURED      NOT FILED              .00           .00
NATIONAL CITY BANK       UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS    UNSECURED      NOT FILED              .00           .00
NORTHWEST COMMUNITY HOSP UNSECURED      NOT FILED              .00           .00
NORTHWEST COMMUNITY      UNSECURED      NOT FILED              .00           .00
PELLETTIERI & ASSOC      UNSECURED      NOT FILED              .00           .00
PELLETTIERI & ASSOC      UNSECURED      NOT FILED              .00           .00
PELLETTIERI & ASSOC      UNSECURED      NOT FILED              .00           .00
PELLETTIERI & ASSOC      UNSECURED      NOT FILED              .00           .00
PREMIER CREDIT UNION     UNSECURED      NOT FILED              .00           .00
PREMIER CREDIT UNION     NOTICE ONLY    NOT FILED              .00           .00
PROVIDIAN FINANCIAL      UNSECURED      NOT FILED              .00           .00
RELI ADJ BUR             UNSECURED      NOT FILED              .00           .00
REVENUE PRODUCTION MANAG UNSECURED      NOT FILED              .00           .00
RONALD B BARAN           UNSECURED      NOT FILED              .00           .00
SARA MELINE              UNSECURED      NOT FILED              .00           .00
SHORT TERM LOAN          UNSECURED      NOT FILED              .00           .00
ALEXIAS BROTHERS         UNSECURED      NOT FILED              .00           .00
ST PETER LUTHERAN SCHOOL UNSECURED      NOT FILED              .00           .00
STEVEN PECTOR            UNSECURED      NOT FILED              .00           .00
VERIZON WIRELESS         NOTICE ONLY    NOT FILED              .00           .00
WAL MART STORES INC      UNSECURED      NOT FILED              .00           .00
WOW INTERNET AND CABLE   UNSECURED      NOT FILED              .00           .00
ROUNDUP FUNDING LLC      UNSECURED         625.00              .00           .00
ILLINOIS DEPT OF REV     PRIORITY        10527.45              .00           .00
ILLINOIS DEPT OF REV     UNSECURED        2186.71              .00           .00
PAUL M BACH              REIMBURSEMENT     527.82              .00        527.82
ECAST SETTLEMENT CORP    UNSECURED         402.30              .00           .00

                    PAGE  2 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 09833 KEITH A TRELFORD & DAWN S TRELFORD
```

```
VERIZON WIRELESS           UNSECURED           142.28              .00              .00
ECAST SETTLEMENT CORP      UNSECURED           389.81              .00              .00
PAUL M BACH                DEBTOR ATTY       3,500.00                          2,752.92
TOM VAUGHN                 TRUSTEE                                               317.10
DEBTOR REFUND              REFUND                                                   .00
```

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
```
TRUSTEE                           4,650.00

PRIORITY                                              527.82
SECURED                                             1,011.50
    INTEREST                                           40.66
UNSECURED                                                .00
ADMINISTRATIVE                                      2,752.92
TRUSTEE COMPENSATION                                  317.10
DEBTOR REFUND                                            .00
                                ---------------   ---------------
TOTALS                            4,650.00          4,650.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 05/26/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE